**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**ROLAND PELLETIER,**

      **Petitioner,**

**v.**                              **Case No. 3:25cv2335-MCR-MAF**

**STATE OF FLORIDA,**

      **Respondent.**

_____/

## ORDER

The Magistrate Judge issued a Report and Recommendation on December 3, 2025 (ECF No. 4). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). There have been no timely filed objections.

Having considered the Report and Recommendation and the record, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The Magistrate Judge's Report and Recommendation (ECF No. 4) is adopted and incorporated by reference in this Order.

2.    The Clerk of Court is directed to transfer this case to the Middle District of Florida and to close the file.

**DONE AND ORDERED** this 24th day of March 2026.

_M. Casey Rodgers_

**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

Case No. 3:26cv1728-MCR-HTC